## CALORA COAL COMPANY V. GRIFFITH.

[No. 9,910. Filed November 21, 1917.]

From the Industrial Board of Indiana.

Proceedings for compensation under the Workmen's Compensation Act by Herbert Griffith against the Calora Coal Company. From an award for applicant, the defendant appeals. (Transferred to the Supreme Court under §1392, subd. 1, Burns 1914, Acts 1901 p. 565.)

*Foley & O'Mara*, for appellant.

*Oscar R. Shields* and *Arthur F. Mayfield*, for appellee.

PER CURIAM.—This is an appeal from the Industrial Board of Indiana, in which appellant has assigned numerous errors in this court, among which is one which challenges the award of said board as being contrary to law. Under this assigned error the appellant, in its brief, challenges the Workmen's Compensation Act (Acts 1915 p. 392), upon which appellee predicates his claim, as being unconstitutional for numerous reasons set out in its brief.

The case is therefore transferred to the Supreme Court, under the first subdivision of §1392 Burns 1914, Acts 1901 p. 565.